

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| RICHARD E. SURGENT, | § | Case No. 03-80806-H3-7 |
| Debtor | § | |
| U.S. AMERICAN RESOURCES, INC., | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 06-08035 ✓ |
| ROBBYE R. WALDRON, Chapter 7 Trustee of RICHARD E. SURGENT; RICHARD E. SURGENT; VENTURE CHARTERS ASSOCIATION, INC., as Trustee of GRACE DEVELOPMENT COMPANY, a trust; GRACE DEVELOPMENT ASSOCIATES, S.A.; METAL PROCESSING GROUP, LLC; MELVIN C. BANGLE; JOHN EDWARD STEVENS; JOHN W. HOGLE, SR.; and CYNTHIA SHEPHARD, | § | |
| Defendants | § | |

## AMENDED ORDER AWARDING ESCROW DEPOSIT TO U. S. AMERICAN RESOURCES, INC. AND ORDERING GRACE DEVELOPMENT COMPANY, ITS OFFICERS, AGENTS, TRUSTEES AND ASSIGNS TO COMPLY WITH PRIOR ORDERS OF THS COURT

On this day came on to be heard the Motion for Order to Show Cause (1) Why Escrow Deposit Should Not Be Immediately Returned to USAR and (2) Why Grace Development Company Should Not Be Made to Comply With This Court's Prior Order. After reviewing the pleadings and the evidence, it is

**ORDERED** that U.S. American Resources, Inc. is entitled to the Escrow Deposit of $200,000.00 plus interest held by Capital Title Agency, Inc. and Capital Title

1008797-1:USAR:0001



Company is instructed to immediately return the $200,000.00 plus interest to U. S. American Resources, Inc. It is

**FURTHER ORDERED** that Grace Development Company, its officers, agents, trustees and assigns have no interest in the property awarded to Robbye R. Waldron, Trustee of the estate of Richard Edmund Surgent ("Waldron") by Order Granting Summary Judgment entered October 17, 2006, a copy of which is attached to this Order. It is

**FURTHER ORDERED** that Grace Development Company, its officers, agents, trustees and assigns shall not interfere with the ownership of the property, or represent that they own the property awarded to Waldron. It is

**FURTHER ORDERED** that all legal proceedings initiated by Grace Development Company, its officers, agents, trustees and assigns that involve, directly or indirectly, the property of the estate of Richard E. Surgent shall be initiated solely in this Court. It is

**FURTHER ORDERED** failure to obey this order shall result in the imposition of appropriate sanctions.

DATED this _____ day of __NOV 3 0 2006__, 2006.

_____
Honorable Letitia Z. Clark
United States Bankruptcy Judge

APPROVED:

/s/ Jonathan D. Pauerstein
Jonathan D. Pauerstein
Loeffler Tuggey Pauerstein Rosenthal, LLP
755 East Mulberry, Suite 200
San Antonio, Texas 78212
Telephone (210) 354-4300
Telecopier (210) 354-4034

1008797-1:USAR:0001

/s/ David Askanase
David Askanase
Hughes, Watters and Askanase, L.L.P.
Three Allen Center
339 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834

**Co-Counsels for Plaintiff**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

OCT 1 7 2006

Michael N. Milby, Clerk of Court

| | |
|---|---|
| IN RE: § § § § § | |
| RICHARD EDMUND SURGENT, | Case No. 03-80806-G3-7 |
| Debtor. | |
| ROBBYE R. WALDRON, TRUSTEE § § § § § § § § § § § | |
| Plaintiff, | |
| v. | Adv. Proceeding No. 04-8012 |
| GRACE DEVELOPMENT ASSOCIATES SA, GRACE DEVELOPMENT COMPANY, (TRUST) ET AL., | |
| Defendants. | |

### ORDER GRANTING SUMMARY JUDGMENT

The Court has considered the Motion for Summary Judgment filed by Robbye Waldron, chapter 7 trustee (the "Trustee"), the responses and arguments thereto. The Court finds that the Trustee is entitled to summary judgment. Accordingly, it is

**ORDERED THAT:**

1. The following mining claims/patents located in Yavapai County, Arizona are property of the estate:

| Claim Name | Patent No. | Patent Issue Date | Mineral Survey | Mineral Certificate | Record Date | Book | Page |
|---|---|---|---|---|---|---|---|
| Niagara | 18634 | 10-06-1891 | 880 | 191 | 12-19-1891 | 30 | 484 |
| Ohio | 27181 | 06-23-1896 | 1190 | 288 | 03-18-1897 | 41 | 107 |
| Golden Eagle | 27227 | 07-03-1896 | 1191 | 289 | 03-18-1897 | 41 | 100 |
| Rich Quartz | 27182 | 06-23-1896 | 1192 | 291 | 03-18-1897 | 41 | 97 |
| Incline | 27228 | 07-03-1896 | 1193 | 290 | 03-18-1897 | 41 | 94 |
| Excelcior or Excelsior | 21242 | 05-11-1892 | 921 | 218 | 02-14-1894 | 33 | 620 |
| Why Not | 18636 | 10-06-1891 | 882 | 193 | 12-19-1891 | 30 | 493 |

115

2. Grace Development Associates SA and Grace Development Company, a business trust organization under the laws of the State of Nevada shall immediately pay the sum of $128,500 to the Trustee. Unpaid amounts shall bear interest ~~at the federal judgment rate~~ from Oct. 28, 2006 at the rate of 5.03% until paid. *zc*

3. Grace Development Associates SA and Grace Development Company, its principals, agents, officers and trustees shall provide within 15 days to the Trustee an accounting of all proceeds received from any property or mineral interests/patents received from the debtor at any time along with a cashier's check for such amounts. Unpaid amounts shall bear interest ~~the federal judgment rate~~ until paid. from Oct. 28, 2006 at the rate of 5.03% etc *zc*

4. Grace Development Associates SA and Grace Development Company, its principals, agents, officers and trustees are prohibited from taking any action to interfere with or exercise control over any property belonging to the bankruptcy estate, including but not limited to the mineral interests/patents referenced in paragraph 1 above.

Signed this __17__ day of __Oct__, 2006.

_____
THE HONORABLE LETITIA Z. CLARK,
UNITED STATES BANKRUPTCY JUDGE